JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE POULOS, JESSYCA TROKE, MELISSA SHEARER,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES; MARCELLA WINN; DOES 1-10 INCLUSIVE,<br><br>Defendants. | CASE NO. 2:19-cv-00496 MWF (AFMx)<br>*Judge Michael W. Fitzgerald*<br>*Mag. Judge Alexander F. MacKinnon*<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

Upon review of the parties' Stipulation for Dismissal (Docket No. 283) and for good cause shown, IT IS HEREBY ORDERED that the above-captioned action against Defendants **CITY OF LOS ANGELES** and **MARCELLA WINN**, is dismissed, with prejudice. Each side shall bear its own fees and costs.

Dated: June 6, 2023

_____
MICHAEL W. FITZGERALD
United States District Judge